764

■ In the Matter of the Claim of Louise E. Shepard, Respondent, v. Tioga General Hospital et al., Appellants. Workmen's Compensation Board, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.

■ Michael Griscti, as Administrator of the Estate of Olympia Griscti, Deceased, Respondent, v. State of New York, Appellant. (Claim No. 48612.)

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.

■ In the Matter of the Claim of Eleanor Salerno, Respondent, v. Board of Education, Utica City School District, et al., Appellants, and Special Disability Fund, Respondent. Workmen's Compensation Board, Respondent.—